UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:07-cv-00033-D

| | |
|---|---|
| DAWN J. HIGGINS<br><br>         PLAINTIFF,<br><br>VS.<br><br>SPENCE & SPENCE, P.A.,et.al,<br><br>         DEFENDANTS. | **ORDER TO DISMISS ALL CLAIMS AGAINST DEFENDANT SPENCE & SPENCE, P.A. AND DEFENDANT ROBERT A. SPENCE, JR**<br><br>**F.R.C.P. 41(a)(2)** |

THIS CAUSE COMING BEFORE THE COURT upon Plaintiff's January 26, 2009 motion to dismiss all claims against Defendant Spence & Spence, P.A. and Defendant Robert A. Spence, Jr., and the Court finding just cause to dismiss the claims hereby dismisses all claims against Defendant Spence & Spence, P.A. and Defendant Robert A. Spence, Jr. with prejudice.

This _____ day of _____, 2009.

_____
District Court Judge Presiding

## CERTIFICATE OF SERVICE

I hereby certify that a copy of proposed Order to Dismiss All Claims Against Defendants Spence & Spence, P.A. and Defendant Robert A. Spence, Jr. has been served upon the following via electronic mail, this 26th day of January 2009:

Mr. Alan B. "Chip" Hewett,
Attorney for Gregory A. Johnson,
and Elizabeth L. Johnson,
Homes by Greg Johnson Inc. and
Carol Grice Daniels
chip@hewettandwood.com

Curtis L. Bentz
Attorney for Mark Lowry
cbentz@bwsw.com

Mr. Samuel G. "Bo" Thompson
Attorney for Robert A. Spence, Jr.
and Spence & Spence, P.A.
bthompson@ymwlaw.com

R. Keith Shackleford
Attorney for Spencer Jenkins
and Sybil Pickard
rkshack@warrenperrylay.com

Marcia Kaye Stewart
Attorney for Rodney Taylor
Marcia@stewartandschmidlin.com

I further certify that a copy of the foregoing has been served upon the following by United States First Class Mail, postage prepaid, this 26th day of January 2009:

Patsy Narron
8321 Flower Hill Road
Middlesex, NC 27557

Annetha Dunn
204 Caribbean Court
Knightdale, NC 27545

SUKEENA LAW FIRM, P.C.

/s/ Belinda Sukeena
Belinda Keller Sukeena
State Bar No. 28224
Attorney for Plaintiff
1100 Holly Springs Road, Suite 200
Holly Springs, NC 27540