**UNITED STATES DISTRICT COURT**
Eastern District of North Carolina
WESTERN DIVISION

David J. Higgins
    Plaintiff,

    v.                                                    *Judgment in a Civil Case*
                                                              Case Number: 5:07-CV-33-D

Spence & Spence, P.A., Robert A. Spence, Jr.,
Spencer Jenkins, Mark Lowry, Sybil Pickard,
Patsy L. Narron, Homes by Greg Johnson, Inc.,
Gregory A. Johnson, Elizabeth L. Johnson,
Elizabeth Standridge & Eldon Standridge,
Carol Grice Daniels, Annetha Dunn, Brian C. Spence,
Rodney Taylor, Fremont Investment & Loan, Inc.
                                    Defendants.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's Motions to Dismiss Defendants Spence & Spence, P.A., Robert A. Spence, Jr., Mark Lowry, Patsy Narron, Rodney Taylor, Gregory A. Johnson, Elizabeth L. Johnson, Homes by Greg Johnson, Inc., Carol Grice Daniels, Annetha Dunn, Spencer Jenkins and Sybil Pickard are GRANTED, and this action is DISMISSED.

**This judgment filed and entered on February 19, 2010, with copies served electronically on:**

Belinda Keller Sukeena, Samuel G. Thompson, Richard Keith Shackleford, Sheryl T. Friedrichs, Curtis L. Bentz, Alan Bryant Hewett, Bradley N. Schulz, Marcia Kaye Stewart and Alan M. Ruley

**and by U.S. Mail on:**

Annetha Dunn
204 Caribbean Court
Knightdale, NC 27545

February 19, 2010                                       DENNIS P. IAVARONE, CLERK

                                                                          /s/Janet H. Callihan
                                                                             (by) Deputy Clerk